UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
-----------------------------------------------------

EMIL GREEN (Dec'd 2/23/2002)
RUTH GREEN,
Personal Representative

Plaintiff,
    v.

UNITED STATES OF AMERICA,

Defendant.

------------------------------------------------------- x
-----------------------------------------------------

**JUDGE McMAHON**

**08 CV 3154**

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, THOMAS J. LUZ, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Mitchell Lapidus |
| Firm Name: | Propp Lubell & Lapidus, LLP |
| Address: | 1500 Broadway - 21st Floor |
| City/State/Zip: | New York, NY 10036 |
| Phone Number: | 212-986-7714 |
| Fax Number: | 212-687-0056 |

MITCHELL LAPIDUS is a member in good standing of the Bar of the State of New York. There are no pending disciplinary proceedings against MITCHELL LAPIDUS in any State or Federal Court.

Dated: 3/27/08
City, State: NY, NY

Respectfully submitted,

*/s/ Thomas J. Luz*

| | |
|---|---|
| Sponsor's Name: | Thomas J. Luz |
| SDNY Bar | TL-4665 |
| Firm Name: | Karaahmetoglu & Luz Firm, LLP |
| Address: | 1500 Broadway - 21st Floor |
| City/State/Zip: | New York, NY 10036 |
| Phone Number: | 212-681-8313 |
| Fax Number: | 212-681-8315 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
-------------------------------------------------------
EMIL GREEN (Dec'd 2/23/2002)        :
RUTH GREEN,                         :
Personal Representative             :
                                    :
Plaintiff,                          :
                                    :
             v.                     :           ____ cv _____ (____)
                                    :
UNITED STATES OF AMERICA,           :           **AFFIDAVIT OF THOMAS J. LUZ**
                                    :           **IN SUPPORT OF MOTION TO ADMIT**
Defendant.                          :           **COUNSEL PRO HAC VICE**
                                    :
------------------------------------------------------- x
-------------------------------------------------------

State of New York   )
                    )    ss:
County of New York  )

Thomas J. Luz, being duly sworn, hereby deposes and says as follows:

1. I am a partner at the Karaahmetoglu & Luz Firm, LLP. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Mitchell Lapidus as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 3, 1986. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mitchell Lapidus since 2000.

4. Mr. Lapidus is a partner at Propp Lubell & Lapidus, LLP, in New York, New York.

5. I have found Mr. Lapidus to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mitchell Lapidus, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mitchell Lapidus, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Mitchell Lapidus, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: 3/27/08
City, State: NY, NY

Notarized:

                                        Respectfully submitted,

                                        Name of Movant: Thomas J. Luz
                                        SDNY Bar Code: TL-4665

LAURA SHAPIRO
NOTARY PUBLIC STATE OF NEW YORK
REGISTRATION NO. 01SH6123256
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 03/07/2009

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## MITCHELL LAPIDUS

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **6th** day of **July, 1987** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**March 26, 2008**

_____
Clerk of the Court

3099