SCANNED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ x
------------------------------------------------------

EMIL GREEN (Dec'd 2/23/2002)        :
RUTH GREEN,                         :
Personal Representative             :
                                    :
Plaintiff,                          :
            v.                      :
                                    :
UNITED STATES OF AMERICA,           :
                                    :
Defendant.                          :

------------------------------------------------------ x
------------------------------------------------------

**JUDGE McMAHON**

**08  CV  3154**

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Thomas J. Luz and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:    Mitchell Lapidus
Firm Name:           Propp Lubell & Lapidus, LLP
Address:             1500 Broadway - 21st Floor
City/State/Zip:      New York, NY 10036
Telephone/Fax:       212-986-7714/212-687-0056
Email Address:       mlapidus@propplubell.com

is admitted to practice pro hac vice as counsel for Ruth Green, as Personal
Representative of Emil Green, in the above captioned case in the United States District
Court for the Southern District of New York.  All attorneys appearing before this Court
are subject to the Local Rules of this Court, including the Rules governing discipline of
attorneys.  If this action is assigned to the Electronic Case Filing (EFC) system, counsel
shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall
forward the pro hac vice application to the Clerk of Court.

Dated:
City, State:

**SO ORDERED.**

_____
United States District/Magistrate Judge

Hon. Harold Baer, Jr., U.S.D.J.
Date: 3 - 28 - 08

FOR OFFICE USE ONLY: FEE PAID $_____    SDNY RECEIPT #_____