AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

EMIL GREEN (Dec'd 2/23/2002)
RUTH GREEN, Personal Representative, Plaintiff

V.

United States of America,
Defendant.

**SUMMONS IN A CIVIL ACTION**

**JUDGE McMAHON**

CASE NUMBER:
08 CV 3154

TO: (Name and address of Defendant)

United States of America
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mitchell Lapidus
Propp Lubell & Lapidus, LLP
1500 Broadway - 21st Floor
New York, NY 10036

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Jessica Doss* (signature)

(By) DEPUTY CLERK

MAR 2 8 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/1/08 |
| NAME OF SERVER (PRINT) Christine Ongchin | TITLE Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): sent by certified mail, return receipt, pursuant to FRCP 4(i)(1) to the Attorney General of the US at Washington DC, by placing a true copy thereof in a postpaid wrapper, in an official depository under the exclusive care of the US Postal Service within the state of NY.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/1/08        *Christine Ongchin*
               Date                         Signature of Server

                               2 North Pond Rd, Cresskill NJ 07626
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>APR 0 7 2008 |
| 1. Article Addressed to:<br>US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC<br>20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. 7003 3110 0006 4573 9184

PS Form 3811, February 2004   Green   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $2.16 | 0032 |
| Certified Fee | $2.65 | 12 |
| Return Reciept Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.96 | 04/01/2008 |

Sent To: US Attorney General
Street, Apt. No.; or PO Box No. US Department of Justice
950 Pennsylvania Ave, NW
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, June 2002   See Reverse for Instructions

7003 3110 0006 4573 9184

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

EMIL GREEN (Dec'd 2/23/2002)
RUTH GREEN, Personal Representative, Plaintiff

V.

United States of America,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **JUDGE McMAHON**

**08 CV 3154**

TO: (Name and address of Defendant)

United States of America
Michael J. Garcia, USA
One St. Andrews Plaza
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mitchell Lapidus
Propp Lubell & Lapidus, LLP
1500 Broadway - 21st Floor
New York, NY 10036

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Jessica Dross_ (signature)

(By) DEPUTY CLERK

DATE: MAR 2 8 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/1/08 |
| NAME OF SERVER (PRINT) Christine Ongchin | TITLE Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): sent to the US Attorney in the Southern district of NY - civil process clerk, by certified mail + return receipt pursuant to FRCP 4(i)(1) by placing a true copy thereof in a postpaid wrapper, in an official depository under exclusive care of the US Postal Service in the state of NY

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/1/08  
　　　　　　　Date

Signature of Server: Christine Ongchin

Address of Server: 2 N. Pond Rd, Cresskill, NJ 07626

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorneys Office - Civil
Process Clerk
ATTN: Civil Clerk Unit
86 Chambers St
New York, NY 10007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Tford      ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Tford                            4-2-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article (Transfer from service label):  7004 0750 0002 1154 0756

PS Form 3811, February 2004  Green Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NEW YORK NY 10007   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.16 | 0032 |
| Certified Fee | $2.65 | 12 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.96 | 04/01/2008 |

Sent To: US Attorneys Office - Civil Process Clerk
         ATTN: Civil Clerk Unit
Street, Apt. No.; or PO Box No.: 86 Chambers St
City, State, ZIP+4: NY, NY 10007

PS Form 3800, June 2002  Green    See Reverse for Instructions

7004 0750 0002 1154 0756