

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street, Third Floor
New York, New York 10007

May 30, 2008

**BY FACSIMILE (212) 805-6326**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

**MEMO ENDORSED**   *OK*

Re:  Green v. United States, 08 Civ. 3154 (CM) (DFE)

Dear Judge McMahon:

/s/ Colleen McMahon
6/2/08

I am the Assistant United States Attorney assigned to the above-titled matter. The deadline for the Government's response to the complaint presently is June 3, 2008. The Government respectfully requests a thirty-day extension of this deadline to July 3, 2008. This extension is necessary to permit the Government time to gather the information necessary to respond to the complaint. This is the Government's first request for such an extension in this matter. Mitchell Lapidus, Esq., counsel for plaintiff, consents to this request.

Thank you for your consideration.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Joseph N. Cordaro
JOSEPH N. CORDARO
Assistant United States Attorney
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

cc:  Mitchell Lapidus, Esq. (by facsimile 212-687-0056)
     Propp Lubell & Lapidus, LLP
     *Counsel for Plaintiff*

TOTAL P.02